

# NUMBER 13-22-00114-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

**RUBEN PEREZ III,**                                                                          **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                                      **Appellee.**

### On appeal from the 214th District Court of Nueces County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Silva and Peña
Memorandum Opinion by Justice Silva**

On March 8, 2023, the cause was abated for the trial court to determine whether the appellant and/or appellant's counsel had abandoned the appeal. This cause is now before the Court on appellant's motion to dismiss this appeal. The motion was signed by both counsel and the appellant. We find the motion meets the requirement of Texas Rule of Appellate Procedure 42.2(a) that appellant and attorney must sign a written motion to

dismiss the appeal. *See* TEX. R. APP. P. 42.2(a).

Accordingly, the appeal is hereby reinstated and the motion to dismiss is granted. Without passing on the merits of the case, the appeal is hereby dismissed. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained.

CLARISSA SILVA
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
25th day of May, 2023.